IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW COOKE, ON BEHALF OF THE ANDREW R. COOKE 1998 TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>EQUAL ENERGY LTD., et al.,<br><br>　　　　　　Defendants. | Master Docket<br>CIV-14-0087-C<br>(consolidated with CIV-14-0047-C, CIV-14-0058-C, CIV-14-0114-C) |

## NOTICE OF SETTLEMENT

　　　　NOTICE IS HEREBY GIVEN that the parties have agreed to resolve all claims in this action.  Execution of a Settlement Agreement and Release is pending, promptly after which the parties will file a Motion for Preliminary Approval.  Accordingly, the parties request that the upcoming motion to dismiss hearing may be stricken from the Court calendar, without prejudice.  This notice is being filed with the consent of all parties.

　　　　DATED this 29th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　*/s/ James E. Howard*
　　　　　　　　　　　　　　　　　　　　　　MICHAEL SMITH, OBA # 8385
　　　　　　　　　　　　　　　　　　　　　　HALL, ESTILL, HARDWICK, GABLE, GOLDEN
　　　　　　　　　　　　　　　　　　　　　　& NELSON, P.C.
　　　　　　　　　　　　　　　　　　　　　　100 N Broadway, Suite 2900
　　　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73102
　　　　　　　　　　　　　　　　　　　　　　Telephone: (405) 553-2821
　　　　　　　　　　　　　　　　　　　　　　Liaison Counsel for Defendants

　　　　　　　　　　　　　　　　　　　　　　James E. Howard
　　　　　　　　　　　　　　　　　　　　　　Jessica M. Andrade
　　　　　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　　DORSEY & WHITNEY LLP
　　　　　　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 6100
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98104-7043
　　　　　　　　　　　　　　　　　　　　　　Telephone: (206) 903-8800
　　　　　　　　　　　　　　　　　　　　　　***Counsel for Equal Energy and the individual Equal Energy directors***

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2014, I electronically transmitted the foregoing pleading to the Clerk of Court using the ECF System for filing, and a copy thereof was electronically served upon all parties receiving notice pursuant to the CM/ECF system.

*/s/  James E. Howard*
James E. Howard