IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANDREW COOKE, ON BEHALF OF          )
THE ANDREW R. COOKE 1998 TRUST,     )
Individually and on Behalf of All Others   )
Similarly Situated,                  )
                                     )
                Plaintiffs,          )     Master Docket
                                     )     CIV-14-0087-C
vs.                                  )     (consolidated with CIV-14-0047-C,
                                     )     CIV-14-0058-C, CIV-14-0114-C)
EQUAL ENERGY LTD., et al.,           )
                                     )
                Defendants.          )

O R D E R

In light of the parties announcement of settlement of the case, Defendants Equal

Energy LTD, Lee Canaan, Michael Coffman, Don Klapko and Kyle Travis's Motion to

Dismiss Pursuant to Rule 12(b)(6), Principles of International Comity and *Forum Non*

*Conveniens* (Dkt. No. 31) and Petroflow Defendant's Motion to Dismiss (Dkt. No. 39) are

STRICKEN as moot.

IT IS SO ORDERED this 14th day of August, 2014.

ROBIN J. CAUTHRON
United States District Judge