IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW COOKE, ON BEHALF OF THE ANDREW R. COOKE 1998 TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>v.<br><br>EQUAL ENERGY LTD., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Master Docket<br>CIV-14-0087-C<br>(consolidated with CIV-14-0047-C,<br>CIV-14-0058-C, CIV-14-0114-C) |

## NOTICE REGARDING STATUS OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties have reached an agreement in principle for settlement of all claims. A detailed set of settlement documents, including notice to class members, have been drafted and are currently being finalized. Before finalizing the settlement documents, class counsel will conduct confirmatory discovery in the form of one Rule 30(b)(6) deposition of Equal. The parties are currently conferring with respect to a date for this deposition and anticipate that the deposition will occur within the next 30 days. The parties further anticipate that they will file a motion for preliminary approval shortly thereafter.

DATED this 17th day of September, 2014.

/s/ James E. Howard
Michael Smith, OBA # 8385
HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.
100 N Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2821
Liaison Counsel for Defendants

James E. Howard
Jessica M. Andrade
*Admitted Pro Hac Vice*
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
***Counsel for Equal Energy and the individual Equal Energy directors***

## CERTIFICATE OF SERVICE

I hereby certify that on September 17th, 2014, I electronically transmitted the foregoing pleading to the Clerk of Court using the ECF System for filing, and a copy thereof was electronically served upon all parties receiving notice pursuant to the CM/ECF system.

>*/s/ James E. Howard*
>James E. Howard