IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW COOKE, ON BEHALF OF THE ANDREW R. COOKE 1998 TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUAL ENERGY LTD., et al.,<br><br>    Defendants. | Master Docket<br>CIV-14-0087-C<br>(consolidated with CIV-14-0047-C, CIV-14-0058-C, CIV-14-0114-C) |

## NOTICE REGARDING STATUS OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties have reached an agreement in principle for settlement of all claims. A detailed set of settlement documents, including notice to class members, have been drafted and are currently being finalized. Class counsel conducted confirmatory discovery in the form of a Rule 30(b)(6) deposition of Equal on October 21, 2014. The parties anticipate that they will file a motion for preliminary approval within fifteen (15) days of this Notice.

DATED this 31st day of October, 2014.

*/s/ James E. Howard*
Michael Smith, OBA # 8385
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
100 N Broadway, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 553-2821
Liaison Counsel for Defendants

James E. Howard
*Admitted Pro Hac Vice*
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
***Counsel for Equal Energy and the individual Equal Energy directors***

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I electronically transmitted the foregoing pleading to the Clerk of Court using the ECF System for filing, and a copy thereof was electronically served upon all parties receiving notice pursuant to the CM/ECF system.

>   */s/ James E. Howard*
>   James E. Howard