COURTROOM MINUTE SHEET

DATE 4/7/15

CIVIL NO. CIV-14-87-C       CRIMINAL NO. _____

Andrew Cooke, et al -vs- Equal Energy, LTD, et al.

United States -vs- _____

COMMENCED 9:30    ENDED 9:35         TOTAL TIME  5 min

PROCEEDINGS Plaintiff's Motion for Final Approval of Class Action Settlement

JUDGE ROBIN J. CAUTHRON    DEPUTY LINDA GOODE    REPORTER SHERRI GRUBBS

PLF. COUNSEL       Ellen Gusikoff Stewart

DFT COUNSEL Michael E. Smith, James E. Howard

WITNESSES FOR PLAINTIFF

1. 
2. 
3. 
4. 
5. 

WITNESSES FOR DEFENDANT

1. 
2. 
3. 
4. 
5. 

ENTER AS ABOVE: cnsl apprs as above; court announces findings and approves settlement.